DANIELLE L. SGRO, Pennsylvania Bar No. 313749
ERIC REY, D.C. Bar No. 988615
Trial Attorneys
U.S. Department of Justice, Civil Division,
Environmental Torts Litigation Section
175 N Street N.E.
Washington, DC 20001
Telephone:  202-616-4226
Fax:  202-616-4473
Email:  danielle.l.sgro@usdoj.gov

SHEILA BAYNES, Montana Bar No. 37722843
DAVID MITCHELL, Illinois Bar No. 6302250
Trial Attorneys
U.S. Department of Justice,
Environmental and Natural Resources Division,
Environmental Defense Section

Attorneys for Defendant United States Air Force

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WASTE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES AIR FORCE; PROTECH COATINGS, INC.; and SNAKE RIVER RUBBISH, LLC <br><br> Defendants. | Civil No. 1:18-cv-229-BLW <br><br> **DEFENDANT UNITED STATES AIR FORCE'S MOTION TO DISMISS COUNTS ONE THROUGH FOUR FOR LACK OF SUBJECT MATTER JURISDICTION, AND, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND, FOR SUMMARY JUDGMENT OF COUNTS FIVE AND SIX.** |

Defendant United States Air Force ("Air Force") moves to dismiss Plaintiff Idaho Waste Systems, Inc.'s claims brought in its Amended Complaint under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671-80, (Counts 1-4), pursuant to Federal Rule of Civil Procedure 12(h)(3), for lack of subject matter jurisdiction because the FTCA does not waive sovereign immunity for the conduct challenged by Plaintiff since it was performed by independent

contractors. 28 U.S.C. § 2671. In the alternative, the Air Force moves for summary judgment of certain claims of tort damages under Federal Rule of Civil Procedure 56 and Local Rule 7.1. Plaintiff also moves for summary judgment of Plaintiff's Comprehensive Environmental Response Compensation, and Liability Act ("CERCLA") claims under Federal Rule of Civil Procedure 56 and Local Rule 7.1 (Counts 5-6) because Plaintiff has failed to satisfy its burden of establishing a prima facie case of CERCLA liability. 42 U.S.C. § 9607(a)(4)(B).

In support of its motion, the Air Force submits the accompanying Memorandum and exhibits.

DATED this 6th day of September 2019.        Respectfully submitted,

J. PATRICK GLYNN
Director, Torts Branch
Environmental Tort Litigation Section

CHRISTINA M. FALK
Assistant Director, Torts Branch
Environmental Tort Litigation Section

ERIC REY
D.C. Bar No. 988615
Trial Attorney, Torts Branch
Environmental Tort Litigation Section

*/s/ Danielle L. Sgro*
DANIELLE L. SGRO
P.A. Bar No. 313749
Trial Attorney, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
175 N Street NE, Ste. 11-226
Washington, D.C. 20002
E-mail: danielle.l.sgro@usdoj.gov
Telephone: (202) 616-4226
Fax: (202) 616-4473

DAVID MITCHELL
Illinois Bar No. 6302250
United States Department of Justice
Environmental Defense Section

*/s/ Sheila Baynes*
SHEILA BAYNES
Montana Bar No. 37722843
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20004
(202) 514-2617/0165
sheila.baynes@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on September 6, 2019, a copy of the foregoing was filed via the U.S. District Court's CM\ECF system and served through the CM\ECF system upon:

Richard A. Cummings
Rcummings@cummingslawidaho.com

William Ghiorso
bill@ghiorsolaw.com

Tyler J. Anderson
Tanderson@hawleytroxell.com

Dana L. Hofstetter
Dhofstetter@hawleytroxell.com

Tug Worst
worst@magicvalleylaw.com

                                             */s/ Danielle L. Sgro*
                                              DANIELLE L. SGRO