UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WASTE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES AIR FORCE; PROTECH COATINGS, INC.; and SNAKE RIVER RUBBISH, LLC<br><br>Defendants. | Civil No. 1:18-cv-229-BLW<br><br>**DECLARATION OF DR. HENNET IN SUPPORT OF THE DEFENDANT UNITED STATES AIR FORCE'S MOTION TO DISMISS COUNTS ONE THROUGH FOUR FOR LACK OF SUBJECT-MATTER JURISDICTION AND, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND, FOR SUMMARY JUDGMENT OF COUNTS FIVE AND SIX.** |

### DECLARATION OF DR. REMY J.-C. HENNET

1. I, Dr. Remy J.-C. Hennet, hold a Ph.D. degree in geochemistry and a Master's degree in geology from Princeton University, and university degrees in hydrogeology and geology from the University of Neuchatel, Switzerland.

2. My expertise includes the application of geochemistry, hydrogeology and geology to evaluate the origins, fate and transport of contaminants in the environment.

3. Currently, am a Senior Principal at S.S. Papadopulos & Associates, Inc. (SSP&A).

4. I was retained by the United States Department of Justice in Idaho Waste Systems, Inc. v. United States Air Force et al., No. 1:18-cv-229-BLW (D. Idaho) to perform an evaluation of the fate and transport of chromium that was disposed of as a waste material in Plaintiff's landfill in 2017. I was asked to write an expert report that summarizes my findings and opinions.

5. Exhibit 13 to the United States' Motion to Dismiss Counts One Through Four for Lack of Subject Matter Jurisdiction, And, in the Alternative, for Summary Judgment, and, for Summary Judgment Of Counts Five and Six contains a fair and accurate copy of the expert report I drafted.

6. I reached the opinions presented in Exhibit 13 by applying accepted methodology in the field of environmental sciences. The opinions expressed in Exhibit 13 are my own and are based on the data and facts available to me at the time of writing. I hold these opinions set forth in Exhibit 13 to a reasonable degree of scientific certainty.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  
Remy J.-C. Hennet, PhD  
Senior Principal  
S.S. Papadopulos & Associates, Inc.

September 4, 2019  
_____  
Date